UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-62249-CIV-ROSENBAUM/SELTZER

HOUSING OPPORTUNITIES PROJECT
FOR EXCELLENCE, INC., a not-for-profit
Florida corporation, and RONALD A. WERNER,

        Plaintiffs,

v.

POMPANO COURTS CONDOMINIUM
ASSOCIATION, INC., a Florida corporation,
INTERSTATE REALTY, INC., a Florida
corporation, and SUSANNE GIRLICH,

        Defendants.
_____/

**ORDER**

This matter is before the Court upon the parties' Joint Notice of Settlement. In light of the Notice of Settlement, the Court hereby directs the parties to submit a stipulation for dismissal within ten (10) calendar days of the date of this Order so that the case file may be closed. If the parties would like the Court to retain jurisdiction for the limited purpose of enforcing the terms of the settlement, they must make the settlement agreement contingent upon the Court's retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). Additionally, if the parties wish for the Court to retain jurisdiction to enforce the settlement terms, the parties shall include notification to the Court in their Stipulation of Dismissal that the dismissal of the action is contingent upon the Court retaining jurisdiction to enforce the terms of the settlement

agreement.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 15th day of April 2013.

                                              ROBIN S. ROSENBAUM
                                              UNITED STATES DISTRICT JUDGE

Copies:
The Honorable Barry S. Seltzer
Counsel of Record